

**ORDERED in the Southern District of Florida on September 06, 2011.**

**A. Jay Cristol, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                                  Case No. 10-23337-AJC
                                                                        Chapter 11

WILLIAM RUBIO
and YANI T. RUBIO,

                        Debtors.            /

**ORDER GRANTING DEBTORS' MOTION TO
VALUE COLLATERAL AND OBJECTION TO CLAIM #26**

THIS MATTER came before the Court on July 27, 2011, upon the Motion of Debtors, WILLIAM RUBIO and YANI T. RUBIO (the "Debtors") to Value Collateral and Objection to Claim #26 filed by BAC HOME LOANS SERVICING LP ("BAC") [D.E. #117], and the Objection to Claim #26 was overruled without prejudice and the Motion to Value Collateral was continued to August 30, 2011. At the continued hearing, the parties advised the Court that they have each independently appraised the Debtors' property located at 15667 S.W. 85th Terrace, #227, Miami, FL 33193 and having a legal description of:

Unit 227, OLYMPIAN WEST CONDOMINIUM, a condominium according to the

Case No. 10-23337-AJC

> Declaration of Condominium thereof, as recorded in Official Records Book 10313, Page 887, and any amendments thereto together with an undivided interest in the common elements declared in said Declaration of Condominium to be an appurtenance to the above described unit, said instrument being recorded and said land situated, lying and being in Miami-Dade County, Florida (the "Property").

and agree that the value is $59,000.00, which the Court accepts as a reasonable determination of the value of the Property and further finds:

That based upon such value, BAC's claim is secured by the Property in the amount of $59,000.00 and the balance of its claim is unsecured in the amount of $57,115.65.

Accordingly, it is

**ORDERED** that the Debtors' Motion to Value Collateral and Objection to Claim #26 is Granted as follows:

1. The value of the Property is $59,000.00; and

2. Claim #26 filed by BAC Home Loans Servicing LP is modified by this Order to an allowed secured claim for the amount of $59,000.00 and an allowed general unsecured claim for the amount of $57,115.65.

###

**Submitted by:**

**Jeffrey N. Schatzman, Esq.**
Schatzman & Schatzman, P.A.
Attorneys for the Debtors
9990 S.W. 77th Avenue, Penthouse 2
Miami, Florida 33156
(305) 670-6000
Jschatzman@Schatzmanlaw.com

Attorney Jeffrey N. Schatzman shall serve a copy of the signed order on all interested parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).